

# STEIN | SAKS, PLLC

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
RAMI M. SALIM▲■

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 7, 2025

**Via CM/ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York

RE:   *Friedman v. Arstrat, LLC*
      Case No. 7:25-cv-6894

Dear Judge Karas:

Pursuant to the conference held on October 24, 2025, Plaintiff submits this written request.

Plaintiff wishes to amend its complaint by end of next week—Friday, November 14, 2025. According to the October 24, 2025 Order, the Case Management Plan and Discovery Schedule is to be filed by November 7, 2025. In order to give both parties time to review the amended complaint, Plaintiff and Defendant request a two-week extension to file their Case Management Plan and Discovery Schedule by November 21, 2025.

We thank Your Honor and the Court for its kind considerations and courtesies.

Granted.
So Ordered
11/10/25

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

cc:   All Counsel of Record via ECF